## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 1:21-cv-20037-JLK/Becerra

DANIEL TORRES,

      Plaintiff,

v.

KILOLO KIJAKAZI,[1] Commissioner of
Social Security Administration,

      Defendant.

_____/

### ORDER ON CROSS MOTIONS FOR SUMMARY JUDGMENT

THIS MATTER is before the Court on the August 15, 2022, Report and Recommendation ("R&R") of Magistrate Judge Jacqueline Becerra (DE 25). The R&R recommends that Plaintiff's Motion for Summary Judgment (DE 21) be granted, and Defendant's Motion for Summary Judgment (DE 22) be denied. On August 16, 2022, Defendant filed a Notice that she would not object to the R&R. DE 26.

The Court has reviewed the entire file and record. After careful consideration, the Court finds that Magistrate Judge Becerra's well-reasoned R&R accurately states the law of the case.

Accordingly, it is **ORDERED, ADJUDGED, and DECREED** that:

1. Magistrate Judge Jacqueline Becerra's August 15, 2022, Report and Recommendation **(DE 25)** be, and the same is, hereby **AFFIRMED and ADOPTED** as an Order of this Court;

2. Plaintiff's Motion for Summary Judgment **(DE 21)** is hereby **GRANTED**;

3. Defendant's Motion for Summary Judgment **(DE 22)** is hereby **DENIED**;

---

[1] Although the case style originally listed Andrew Saul as Defendant, Kilolo Kijakazi is now the Commissioner of Social Security and is automatically substituted as Defendant pursuant to Federal Rule of Civil Procedure 25(d). *See* R&R at 1 n.1.

4.  The above-styled action is hereby **REMANDED** to the Social Security Commissioner for further proceedings consistent with this opinion; and

5.  The Clerk of Court shall **CLOSE** this case.

**DONE and ORDERED** in Chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 31st day of August, 2022.

JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:  **Magistrate Judge Jacqueline Becerra**
     **All counsel of record**

2